## ANTON J. S. KEATING

ATTORNEY AT LAW
106 WEST MADISON STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410.528.1282
FACSIMILE 410.528.1284

antonkeating@mindspring.com

February 13, 2015

U. S. v. Sarah Magrum

Crim.No.CCB-14-131

Dear Judge Blake,

   It is respectfully requested that the conditions of Ms. Magrum's release be amended, to reflect that she may return to her family home at 2955 Hobble Bush Court, Lanham Maryland to reside there until the disposition of her case. In addition, it has been determined that she is no longer in need of a Third-Party Custodian.

   Mr. Christopher Romano, AUSA and Troy Scott her pretrial services officer have informed me that they have no objections to these changes in Ms. Magrum's pretrial status.

Yours truly,

Anton J. S. Keating